**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | CASE NO: **10-54237** |
| **ROBERT WHITE HULL JR** ) | |
| **JENNIFER LYNN HULL** ) | ALAN M. KOSCHIK |
| ) | BANKRUPTCY JUDGE |
| ) | |
| Debtor(s) ) | TRANSMITTAL OF UNCLAIMED |
| ) | FUNDS |

---

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **JENNIFER L HULL**
    **Check 177259**
    **Claim #997**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **9/7/2016**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**ROBERT WHITE HULL JR**
**385 CONNECT RD.**
**NORTON, OH 44203**
**(Via Regular Mail)**

**JENNIFER LYNN HULL**
**1303 HARPSTER AVENUE**
**AKRON, OH 44314**
**(Via Regular Mail)**

**JAMES F CICCOLINI (via ECF)**

**JENNIFER L HULL**
**1303 HARPSTER AVE**
**AKRON, OH 44314**
**(via Regular Mail)**

Date of Service: **9/7/2016**    By: **Natalie Everly**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072